No. 518. J. CAMPBELL THOMPSON, PETITIONER, *v.* AUGUSTUS H. SKILLIN, TRUSTEE, ETC. February 20, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit, or other writs, denied. *Mr. Roger Foster* for petitioner. *Mr. William Jno. Barr* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM DECEMBER 13, 1904, TO FEBRUARY 20, 1905.

No. 300. BANQUERO & GANDARA ET AL., APPELLANTS, *v.* A. RAUSCHENPLAT. Appeal from the District Court of the United States for the District of Porto Rico. December 19, 1904. Dismissed with costs, on motion of *Mr. J. S. Flannery* for the appellants. *Mr. Frederic D. McKenney* and *Mr. J. S. Flannery* for appellants. No appearance for appellee.

No. 485. CHARLES H. BROOKS, APPELLANT, *v.* THE UNITED STATES. Appeal from the Circuit Court of the United States for the Southern District of California. January 3, 1905. Docketed and dismissed, on motion of *Mr. Solicitor General Hoyt* for the appellee. No one opposing.

No. 486. CARL C. L. WULFF, APPELLANT, *v.* L. LINDSAY ET AL. Appeal from the Supreme Court of the Territory of Arizona. January 3, 1905. Docketed and dismissed with costs, on motion of *Mr. Charles L. Frailey* for the appellees. No one opposing.